UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN M. HARRINGTON III, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY AS TRUSTEE FOR THE )<br>POOLING AND SERVICING AGREEMENT )<br>DATED AS OF APRIL 1, 2006 MORGAN )<br>STANLEY ABS CAPITAL I INC. TRUST )<br>2006-NC3 MORTGAGE PASS-THROUGH )<br>CERTIFICATES, SERIES 2006-NC3, and )<br>PHH MORTGAGE SERVICES, )<br>)<br>    Defendants. )<br>) | C.A. NO. 1:20-cv-10932 |

## **MOTION TO WITHDRAW AS COUNSEL**

Now comes Attorney Lucas B. McArdle, on behalf of McArdle Law & Associates, PLLC ("Firm"), and hereby moves this Court to withdraw my appearance in behalf of the Plaintiff in the above entitled action pursuant to Massachusetts District Court Local Rule 83.5.2(c)(2) and Rule 1.16(b) of the Model Rules of Professional Conduct.

In support of this Motion, Lucas McArdle says that his Firm has made significant efforts to defend this case, protect the Plaintiff and his property, and made significant efforts to reasonably settle the case and that Plaintiff has failed to fulfill his financial obligations regarding the Firm's services and has been given multiple opportunities to fulfill the same or otherwise acknowledge the increasing legal bill that has been outstanding without any payment for several months, together with multiple warnings that the Firm would withdraw representation unless the obligations were fulfilled or otherwise addressed in a reasonable manner. Plaintiff has made no attempt to fulfill his obligations since the Firm provided said notices and continued representation of the Plaintiff will result in an unreasonable financial burden on the small Firm.

Plaintiff will not be prejudiced in any respect as there is sufficient time to obtain new counsel or otherwise prepare for further litigation.

Dated: September 9, 2020

Respectfully submitted,

_____
Lucas B. McArdle, Esq., BBO #694285
McArdle Law & Associates, PLLC
280 Merrimack Street, Suite 321
Lawrence, MA 01843
Tel. 978-681-5150
luke@mcardlelaw.com

**Certificate of Service**

I, Lucas B. McArdle, certify that on this 9th day of September 2020, I served a true copy of my Notice of Withdrawal on the Defendant's attorney, Jordan S. O'Donnell, by email (jodonnell@hishawlaw.com) and to Plaintiff, John M. Harrington III by email (john@sheffield-corp.com).

_____
Lucas B. McArdle, Esq.

2