UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN M. HARRINGTON III,<br><br>       Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC3, and PHH MORTGAGE SERVICES,<br><br>       Defendants. | C.A. NO. 1:20-cv-10932-WGY |

**PARTIES' JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Plaintiff, John M. Harrington, III ("Plaintiff"), and Defendants, Deutsche Bank National Trust Company, as Trustee for the Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass-Through Certificates Series 2006-NC3 ("Deutsche Bank as Trustee") and PHH Mortgage Corporation (named and doing business as "PHH Mortgage Services") ("PHH," together, "Defendants") (altogether "Parties"), submit this Joint Statement pursuant to Fed. R. Civ. P. 16(b) and L.R. 16.1(d), in advance of the Scheduling Conference scheduled for September 17, 2020. The Parties have conferred and agree as follows:

**A.**    **Agenda of Matters to be Discussed**

    1.    Discussion of the Parties' respective positions as to the claims and defenses in this action.

    2.    Discussion of the Parties' proposed discovery plan, pre-trial schedule, including dispositive motions, and determination of a month for trial.

B.   **Discovery Plan**

The Parties confirm their obligation to limit discovery consistent with Fed. R. Civ. P. 26(b). The Parties have considered phased discovery and believe that the discovery necessary to assess the case is essentially the same discovery required for trial. The Parties do not foresee issues regarding electronically stored information and agree to produce such in PDF format. The Parties agree to the following schedule:

1.   **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be served by Thursday, October 1, 2020.

2.   **Amendment to Pleadings.** Except for good cause shown, motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses must be filed by Thursday, October 22, 2020.

3.   **Fact Discovery – Interim Deadlines.**

   a.   Written discovery (requests for production of documents, interrogatories, and requests for admissions) shall be served no later than Thursday, December 31, 2021.

   b.   All depositions, other than expert depositions, must be completed by Thursday, March 25, 2021.

4.   **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by Thursday, April 8, 2021.

5.   **Expert Discovery.**

   a.   Plaintiff's trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Thursday, April 21, 2021.

   b.   Plaintiff's trial experts, if any, must be deposed by Thursday, May 13, 2021.

c. Defendant's trial experts, if any, must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Thursday, May 13, 2021.

d. Defendant's trial experts, if any, must be deposed by Thursday, May 27, 2021.

**B. Motion Schedule**

1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by Thursday, May 6, 2021, if experts are not utilized, or otherwise by Thursday, June 24, 2021; oppositions must be filed within twenty-one (21) days; and replies must be filed within an additional (14) days.

**C. Pre-Trial Conference**

The Parties suggest a pre-trial conference in August 2021.

**D. Trial Schedule and Length**

The Parties suggest a trial date in September 2021, and anticipate a trial of two full days or four half days.

**E. Certifications**

The Parties' certifications pursuant to L.R. 16.1(d)(3) will be filed separately.

**F. Pending Motions**

Plaintiff's counsel's motion to withdraw, filed on September 9, 2020. (Doc. No. 12).

**G. Trial by Magistrate Judge**

The parties do not consent to trial by magistrate judge.

**H. Settlement**

The parties discussed settlement of this matter, but were unsuccessful in reaching a resolution. Defendants are willing to participate in a mediation through the Court.

Respectfully submitted,

| | |
|---|---|
| The Defendants,<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006 MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-NC3, and PHH MORTGAGE CORPORATION (d/b/a and named as PHH Mortgage Services),<br><br>By: Their Attorneys<br><br>*/s/ Jordan S. O'Donnell*<br>Maura K. McKelvey, BBO #600760<br>Jordan S. O'Donnell, BBO #684001<br>HINSHAW & CULBERTSON LLP<br>53 State Street<br>27th Floor<br>Boston, MA 02109<br>Tel: 617-213-7000<br>Fax: 617-213-7001<br>mmckelvey@hinshawlaw.com<br>jodonnell@hinshawlaw.com<br><br>Dated:  September 10, 2020 | The Plaintiff,<br>JOHN M. HARRINGTON, III<br><br>By: His Attorneys:<br><br>*/s/ Lucas B. McArdle*<br>Lucas B. McArdle, BBO #694285<br>Michael M. McArdle, BBO #326580<br>Jason McGuire, BBO #696580<br>MCARDLE LAW & ASSOCIATES, PLLC<br>280 Merrimack Street, Suite 321<br>Lawrence, MA 01843<br>Tel: 978-681-5150<br>Email: luke@mcardlelaw.com |

## **CERTIFICATE OF SERVICE**

      I, Jordan S. O'Donnell, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2020.

                                        */s/ Jordan S. O'Donnell*
                                        Jordan S. O'Donnell